The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARY CLAIRE RUTHERFORD,<br><br>                 Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, STATE OF WASHINGTON CHILD STUDY & TREATMENT CENTER; MARY LAFOND, Chief Executive Officer; and JOHN MCCLELLAN, M.D., Medical Director,<br><br>                 Defendants. | NO. CV04-5020RBL<br><br>ORDER ON DEFENDANTS' MOTIONS IN LIMINE |

THIS MATTER came on for hearing on Defendant's Motions in Limine. The Court, having heard argument and having considered the files and records herein, and being fully advised, now, therefore,

IT IS HEREBY ORDERED, that that the following shall be excluded from evidence *in limine*. Counsel are instructed to inform their witnesses of this Order.

**A.** **Any testimony or argument regarding the relative resources of the parties shall be excluded.**

    Granted  <u> X </u>                  Denied  <u>     </u>                Reserved  <u>     </u>

ORDER ON DEFENDANTS'
MOTIONS IN LIMINE
-- NO. CV04-5020RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

| | | | |
|---|---|---|---|
| B. | **Any testimony or argument which invites jurors to conceptually put themselves in the place of the plaintiff shall be excluded.** | | |
| | Granted X | Denied ___ | Reserved ___ |
| C. | **Any testimony or argument that defendants have not called persons to testify who are available to both plaintiff and defendants shall be excluded.** | | |
| | Granted ___ | Denied X | Reserved ___ |
| D. | **Evidence not timely and duly disclosed in the course of discovery shall be excluded.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| E. | **Plaintiff's counsel shall be prohibited from making requests or demands in the presence of the jury for documents or information which may exist in records of either of the individual defendants or of the state.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| F. | **Information about which any witness lacks personal knowledge shall be excluded.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| G. | **Plaintiff shall be prohibited from offering expert testimony.** | | |
| | Granted X | Denied ___ | Reserved ___ |
| H. | **Plaintiff shall be prohibited from offering lay opinion testimony regarding her medical, emotional, or psychological condition.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| I. | **Testimony or argument regarding alleged wrongful or retaliatory acts by either defendant toward individuals other than plaintiff shall be excluded.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| J. | **Testimony, evidence, or argument regarding alleged sexual harassment of employees Stallworth or Hinhosa by Griffin shall be excluded.** | | |
| | Granted ___ | Denied ___ | Reserved X |
| K. | **Testimony or argument reasserting claims that this court has already dismissed shall be excluded.** | | |
| | Granted X | Denied ___ | Reserved ___ |

ORDER ON DEFENDANTS'
MOTIONS IN LIMINE
-- NO. CV04-5020RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

L.  **Plaintiff shall be prohibited from eliciting testimony or making arguments implying that the state is a defendant or that the state should be held responsible for its actions.**

    Granted _X_          Denied _____          Reserved _____

M.  **Plaintiff shall be prohibited from eliciting evidence or making argument in support of unpled legal theories.**

    Granted _____          Denied _____          Reserved _X_

N.  **Testimony or argument concerning settlement negotiations shall be excluded.**

    Granted _X_          Denied _____          Reserved _____

O.  **Plaintiff shall be prohibited from calling any witness without first providing prior day notice to defendants and the court of the name of the witness who will be testifying.**

    Granted _X_          Denied _____          Reserved _____

The court grants the defendants a continuing objection to the admissibility of all evidence addressed by defendants' motions *in limine*.

DATED this 3rd day of September, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
ROBERT M. MCKENNA
Attorney General

MARK A. ANDERSON, WSBA # 26352
Assistant Attorney General
Attorneys for Defendants

Notice of presentation waived and approved for entry:
MANN JOHNSON WOOSTER & McLAUGHLIN, P.S.

RICHARD H. WOOSTER, WSBA #13752
Attorney for Plaintiff

ORDER ON DEFENDANTS'
MOTIONS IN LIMINE
-- NO. CV04-5020RBL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243