AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MARY CLAIRE RUTHERFORD         JUDGMENT IN A CIVIL CASE
    v.
MARY LAFOND and
JOHN McCLELLAN, MD.,

CASE NUMBER: C04-5020RBL

[XX] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as follows:

Judgment is hereby entered FOR Defendants.

*Dated: 9/24/2008*

           BRUCE RIFKIN
           *Clerk*

           s/Jean Boring
           *(By) Deputy Clerk*