AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

MARY CLAIR RUTHERFORD,

     v.                      CASE NUMBER: C04-5020RBL

MARY LAFOND and
JOHN MCCLELLAN M.D.

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Costs are taxed against Plaintiff and on behalf of Defendants in the unopposed amount of $2,642.00

*DATED:* 11/6/2008

                                            BRUCE RIFKIN
                                        *Clerk*

                                        /s/ Jean Boring
                                      *(By) Deputy Clerk*, Jean Boring